Per Curiam.

(No. 7104)

Evanston Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 20, 1973.*

Evanston Hospital, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7109)

Weeks Auto Seat Covers, Claimant, *vs.* State of Illinois, Secretary of State, Respondent.

*Opinion filed June 20, 1973.*

Weeks Auto Seat Covers, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.